**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD SCOTT, | No. C 09-552 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CDCR SECRETARY TILTON; et al., | |
| Defendants. | |

This action is dismissed.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 29, 2009

_____
SUSAN ILLSTON
United States District Judge